# United States District Court
## Violation Notice

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| KW10 | E2351770 | Cromer | 8287 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 2230 09/19/2026

Offense Charged ☐ CFR ☑ USC ☐ State Code: 18 USC 1382

Place of Offense: Bldg 18 Chaffee Gate

Offense Description: Factual Basis for Charge HAZMAT ☐

Entering a military installation for Prohibited purposes (perimeter breach)

**DEFENDANT INFORMATION** Phone: (270) 421-0257

| Last Name | First Name | M.I. |
|---|---|---|
| Shemwell | Aalyria | S |

Street Address: 214 Keystone Ct

City | State | Zip Code | Date of Birth (mm/dd/yyyy)

[redacted]

**VEHICLE** VIN: CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| | | | | | |

**APPEARANCE IS REQUIRED**

A ☑ If Box A is checked, you must appear in court. See instructions.

PAY THIS AMOUNT AT www.cvb.uscourts.gov →

**APPEARANCE IS OPTIONAL**

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ ______ Forfeiture Amount

+ $30 Processing Fee

$ MC Total Collateral Due

**YOUR COURT DATE**

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: U.S. MAGISTRATE COURT, BLDG 1310 PIKE HALL, STE 330, 50 THIRD AVE, FT. KNOX, KY, PHONE: (502) 624-5668

Date: 13Nov26

Time: 0800

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature [signature]

Original - CVB Copy

CVB SCAN 10/09/2026 11:25

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on ______________, 20____ while exercising my duties as a law enforcement officer in the ______________ District of ______________

The foregoing statement is based upon:
☐ my personal observation ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 09/19/2026 [signature]
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ______________
Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 10/09/2026 11:25

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 20 September 2026 while exercising my duties as a law enforcement officer in the Western District of **Kentucky**

On 20260920 at 0520 hours., units were dispatched to7857A Estrada Ave. for a domestic disturbance. During the course of investigation responding units discovered Jaiameis Coronado and Alvin Coronado had smuggled Aalyria Shemwell on to the installation through Bldg 18 (Chaffee Gate) on 20260919 at 2230 hours, in the ~~truck~~ trunk of their 2014 Bmw. Shemwell did not possess a pass, nor did she attempt to gain one.

F/B/N/19, CIV
214 Keystone Ct, Owensboro, KY 42301
Phone: (270) 421-0257

*CITATION # E2351770*

The foregoing statement is based upon:

__ my personal observation ___my personal investigation

_x_information supplied to me from my fellow officer's observation

__other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to best of my knowledge

Executed on: ___09/20/2026_______________________
Date: (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on:_______________________
Date: (mm/dd/yyyy) U.S. Magistrate Judge

CVB SCAN 10/09/2026 11:25

## United States District Court
## Violation Notice

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| KW10 | E2796784 | Emrick | 2504 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☑ USC ☐ State Code |
|---|---|
| 09/18/2026 @ 2334 | 18 USC 1382 |

Place of Offense: Bldg 18 Chaffee Gate

Offense Description: Factual Basis for Charge — HAZMAT ☐
Entering a military installation for prohibited purposes

**DEFENDANT INFORMATION** Phone: (270) 421 - 0257

| Last Name | First Name | M.I. |
|---|---|---|
| Shemwell | Aalyria | Skye |

Street Address: 214 Keystone CT APT 2

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Owensboro | KY | 42301 | 12/31/2007 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| S24 865 545 | | KY | 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 |

☑ Adult ☐ Juvenile | Sex ☐ Male ☑ Female | Hair: Blk | Eyes: Brn | Height: 5'2" | Weight: 125

**VEHICLE** VIN: N/A CMV ☐

| Tag No. | State | Year | Make/Model PASS ☐ | Color |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A |

**APPEARANCE IS REQUIRED**

A ☑ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ ______ Forfeiture Amount

+$30 Processing Fee

**PAY THIS AMOUNT AT www.cvb.uscourts.gov →** $ ______ Total Collateral Due

**YOUR COURT DATE**

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address:
U.S. MAGISTRATE COURT
BLDG 1310 PIKE HALL, STE 330
50 THIRD AVE, FT. KNOX, KY
PHONE: (502) 624-5668

Date: 11/13/2026
Time: 0800

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: Unavailable to Sign

Original - CVB Copy

CVB SCAN 10/09/2026 11:25

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on ______________, 20______ while exercising my duties as a law enforcement officer in the ______________ District of ______________

The foregoing statement is based upon:
☐ my personal observation ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: ______________________
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ______________________
Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 10/09/2026 11:25

# STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 20 September 2026 while exercising my duties as a law enforcement officer in the Western District of Kentucky .

On 20260920 at 0520 hrs., units were dispatched to 7857A Estrada Ave. for a domestic disturbance. During the course of investigation responding units discovered Jaiameis Coronado and Alvin Coronado had smuggled Aalyria Shemwell on to the installation through Bldg 18 (Chaffee Gate) on 20260918 at 2334 hours, in the trunk of their 2014 Bmw. Shemwell did not possess a pass, nor did she attempt to gain one.

F/B/N/19, CIV
214 Keystone Ct, Owensboro, KY 42301
Phone: (270) 421-0257

*CITATION # E2796784*

The foregoing statement is based upon:

__ my personal observation ___my personal investigation

_x_information supplied to me from my fellow officer's observation

__other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to best of my knowledge

Executed on: 9/20/26 [signature]
Date: (09/20/2026) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on:______________________________
Date: (mm/dd/yyyy) U.S. Magistrate Judge

CVB SCAN 10/09/2026 11:25

# United States District Court
## Violation Notice

(Rev. 1/2020)

Location Code: KW10
Violation Number: E 2796785
Officer Name (Print): Emrick
Officer No.: 2504

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 09/19/2026 0055
Offense Charged ☐ CFR ☑ USC ☐ State Code: 18 USC 1382

Place of Offense: Bldg 18 Chaffee Gate

Offense Description: Factual Basis for Charge HAZMAT ☐
Entering a military Installation for prohibited purposes

**DEFENDANT INFORMATION** Phone: (270) 421 - 0257

Last Name: Shemwell
First Name: Aalyria
M.I.: Skye

Street Address: 214 Keystone CT APT 2

City: Owensboro
State: KY
Zip Code: 42301
Date of Birth (mm/dd/yyyy): 12/31/2007

Drivers License No.: S2U 865 545 CDL ☐
D.L. State: Ky
Social Security No.: 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

☑ Adult ☐ Juvenile Sex ☐ Male ☑ Female Hair: Blk Eyes: Brn Height: 5'2" Weight: 125

**VEHICLE** VIN: N/A CMV ☐

Tag No.: N/A State: N/A Year: N/A Make/Model: N/A PASS ☐ Color: N/A

**APPEARANCE IS REQUIRED**

A ☑ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ ______ Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT www.cvb.uscourts.gov → $ ______ Total Collateral Due

**YOUR COURT DATE**

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: U.S. MAGISTRATE COURT
BLDG 1310 PIKE HALL, STE 330
50 THIRD AVE, FT. KNOX, KY
PHONE: (502) 624-5668

Date: 11/13/2026
Time: 0800

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: Unable to Sign

Original - CVB Copy

CVB SCAN 10/09/2026 11:25

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on ______________, 20____ while exercising my duties as a law enforcement officer in the ______________ District of ______________

The foregoing statement is based upon:
☐ my personal observation ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: ______________
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ______________
Date (mm/dd/yyyy) U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident; **PASS** = 9 or more passenger vehicle; **CDL** = Commercial drivers license; **CMV** = Commercial vehicle involved in incident

CVB SCAN 10/09/2026 11:25

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 20 September 2026 while exercising my duties as a law enforcement officer in the Western District of **Kentucky**

On 20260920 at 0520 hrs., units were dispatched to 7857A Estrada Ave. for a domestic disturbance. During the course of investigation responding units discovered Jaiameis Coronado and Alvin Coronado had smuggled Aalyria Shemwell on to the installation through Bldg 18 (Chaffee Gate) on 20260919 at 0550 hours, in the trunk of their 2014 Bmw. Shemwell did not possess a pass, nor did she attempt to gain one.

F/B/N/19, CIV
214 Keystone Ct, Owensboro, KY 42301
Phone: (270) 421-0257

*CITATION # E2796784*

The foregoing statement is based upon:

__ my personal observation __my personal investigation

_x_information supplied to me from my fellow officer's observation

__other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to best of my knowledge

Executed on: 9/20/26 [signature]
Date: (09/20/2026) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on:______________________________
Date: (mm/dd/yyyy) U.S. Magistrate Judge

CVB SCAN 10/09/2026 11:25